EMILIA BERGKVIST, Appellant, *v.* SUPREME COUNCIL OF THE ROYAL ARCANUM, Respondent.

Supreme Court, Appellate Term, First Department, January 25, 1944.

*Thomas A. McDonald* for appellant.

*Edmond A. Knoeppel* and *Harold C. Knoeppel* for respondent.

Judgment affirmed, with costs.

Concur: HAMMER, SHIENTAG and HECHT, JJ.